**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CRAIG WHITNEY,

                              Petitioner,

          v.

ROSEMARY NDOH,

                              Respondent.

Case No. LACV 19-5077-DMG (LAL)

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED:  December 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE